# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1090**                          **September Term, 2022**

**Filed On: May 5, 2023**

In re: Tanana Chiefs Conference,

        Petitioner

       **BEFORE:**     Millett and Wilkins, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that respondent Federal Communications Commission file a response to the mandamus petition, not to exceed 7,800 words, within 30 days of the date of this order. See D.C. Cir. Rule 21(a). Petitioner may file a reply, not to exceed 3,900 words, within 40 days of the date of this order.

### Per Curiam

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                BY:     /s/
                         Laura M. Morgan
                         Deputy Clerk