**MARASHLIAN & DONAHUE, PLLC**
THE COMMLAW GROUP

A NEW KIND OF LAW FIRM

June 2, 2023

<u>**VIA HAND DELIVERY**</u>

Mark J. Langer, Clerk
Clerk's Office
United States Court of Appeals
District of Columbia Circuit
333 Constitution Avenue, NW
Room 5205
Washington, DC 20001

**Re:    Tanana Chiefs Conference**
**Withdrawal of Petition for Issuance of**
**Writ of Mandamus: File No. Case No. 23-1090**

Dear Mr. Langer:

On behalf of Tanana Chiefs Conference, enclosed please find and original and three copies of the Petitioner's Motion to Withdraw Petition for Write of Mandamus. An additional copy of the Motion is submitted for stamp and return.

Should there be any questions regarding this matter, please contact the undersigned.

Respectfully submitted,

For Allison D. Rule

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 2 - 2023

RECEIVED

UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **In re Tanana Chiefs Conference** | : | Case No. 23-1090 |
| **Petitioner** | : | |

**APPELLANT'S MOTION TO WITHDRAW PETITION FOR WRIT OF MANDAMUS**

On May 26, 2023, the Federal Communications Commission ("FCC") issued an Order granting in part the Tanana Chiefs Conference's Application For Review of a previous Order by the FCC's Wireline Competition Bureau denying its requests to, *inter alia*, permit the filing of three Rural Health Care (RHC) Program requests for support after the application filing deadline.

Accordingly, Appellant moves to withdraw immediately its Petition for Writ of Mandamus (Document #1998057).

Date: June 2, 2023

Respectfully submitted,

_____
Allison D. Rule
Marashlian & Donahue, PLLC
1430 Spring Hill Road
Suite 310
Tysons, VA 22102
(703) 714-1305
adr@commlawgroup.com

Its Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I caused a copy of the foregoing Motion to Withdraw Petition for Writ of Mandamus to be served via hand delivery and email to the following:

Narda Jones
Chief of Staff
Federal Communications Commission
45 L Street NE
Washington, DC 20554

Ramesh Nagarajan
Legal Advisor
Wireline and Enforcement Division
Federal Communications Commission
45 L Street NE
Washington, DC 20554

Trent Harkrader
Chief
Wireline Competition Bureau
Federal Communications Commission
45 L Street NE
Washington, DC 20554

Adam Copeland
Associate Bureau Chief
Wireline Competition Bureau
Federal Communications Commission
45 L Street NE
Washington, DC 20554

By: _____
　　　Allison D. Rule